In the Matter of the Application of SONA COOPERSTEIN, Appellant, v. HARRIS H. MURDOCK and Others, Constituting the Board of Standards and Appeals of

the City of New York, Defendants-Respondents, and St. Albans Improvement Association, Intervenor-Respondent.— Order dismissing certiorari order and confirming the determination of the board of standards and appeals of the city of New York in refusing a variation from the requirements of the Building Zone Resolution so as to permit the erection of a gasoline station in a business district unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.